UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **Ali Itayim,** | ) | **CASE NO. 4:03 CV 2455** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| **Vs.** | ) | |
| | ) | |
| **United States of America,** | ) | **Nunc Pro Tunc Order** |
| **Defendant.** | | |

This Court, having issued its Memoranda of Opinion and Order denying petitioner's Motion to Vacate Sentence pursuant 28 U.S.C. §2255 (Doc. 1) and Motion for Reconsideration (Doc. 22), hereby enters judgment against petitioner.  For the reasons stated in Document 20, this Court certifies pursuant to 28 U.S.C. § 2253(c) that there is no basis in which to issue a certificate of appealability.  The Court further certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal from these Orders could not be taken in good faith.

IT IS SO ORDERED.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
Dated: 8/10/05                           United States District Judge